# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150616(80)

CRAIG HECHT,
          Plaintiff-Appellee,

v

NATIONAL HERITAGE ACADEMIES, INC.,
          Defendant-Appellant.
_____/

SC: 150616
COA: 306870
Genesee CC: 10-093161-CL

       On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing its reply is GRANTED. The reply will be accepted for filing if submitted on or before January 19, 2016.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2015



Clerk